UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-647 (RDM) |
| | : | |
| BENJAMEN SCOTT BURLEW | : | |
| | : | |
| Defendant. | : | |

**JOINT STATEMENT OF THE CASE**

The parties hereby jointly submit this statement of the case.

This is a criminal case. The government has charged the defendant, Benjamen Scott Burlew, with violating eight federal criminal laws based on his conduct at the U.S. Capitol on January 6, 2021. Specifically, the government alleges that Mr. Burlew unlawfully engaged in a civil disorder, assaulted, resisted or impeded a Metropolitan Police Officer, entered or remained in restricted grounds, engaged in disorderly or disruptive conduct in a restricted grounds, engaged in physical violence in restricted grounds, committed an act of physical violence in the Capitol grounds, assaulted an individual by striking, beating, or wounding that person within the territorial jurisdiction of the United States, and committed a simple assault within the territorial jurisdiction of the United States. Mr. Burlew denies each and every charge.

Respectfully submitted,

**COUNSEL FOR THE GOVERNMENT**

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

DATED: November 3, 2023    By:    /s/ Anna Z. Krasinski
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office

1

Detailed from the District of New Hampshire
Phone: (202) 809-2058
Email: anna.krasinski@usdoj.gov

Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Email: jennifer.blackwell3@usdoj.gov

**COUNSEL FOR THE DEFENDANT**

/s/ Robert L. Jenkins, Jr.
Robert L. Jenkins, Jr., Attorney at Law
Direct Dial: (703) 309-0899
Email: RJenkins@BynumAndJenkinsLaw.com
1010 Cameron Street; Alexandria, VA 22314