AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Benjamen Scott Burlew

)
)
)   Case No.   21-CR-647
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Benjamin Scott Burlew                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:
Violation of Pretrial Release Conditions. Defendant to be detained pending trial.

Date: 12/01/2023

G. Walker
Digitally signed by G. Walker
Date: 2023.12.01 14:06:12 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. L. Walker, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/01/2023, and the person was arrested on *(date)* 05/13/2024
at *(city and state)*   Tulsa, Oklahoma.

Date: 05/13/2024

*Arresting officer's signature*

Special Agent Sergio Espinoza (FBI)
*Printed name and title*