UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No.: 21-cr-647 (RDM) |
| BENJAMEN SCOTT BURLEW, | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR CLARIFICATION TO MINUTE ORDER
DATED AUGUST 14, 2024**

In response to the Government's Motion to Quash Subpoenas (ECF No. 68), the Court issued the following Minute Order on August 14, 2024. The Minute Order stated, in relevant part,

> The government, moreover, has represented that the Deputy General Counsel for the D.C. Jail will be available to testify at the hearing. The Court will permit Defendant to elicit relevant testimony from this witness.

The government's motion indicated that the government "will have the Deputy General Counsel for the D.C. Jail, Andrew Mazzuchelli, *present* in the Courtroom should the Court have questions about the conditions at the D.C. Jail." (ECF No. 68 at 3), and that "the Court may have questions about the conditions, and thus, is prepared to have Mr. Mazzuchelli address such questions if needed." *Id.* Mr. Mazzuchelli is an Officer of the Court and an attorney, not a "witness," and thus, the government was not submitting Mr. Mazzuchelli to cross-examination by the defendant, but rather, making him available to respond to questions by the Court. The government therefore requests clarification with respect to the Court's Minute Order.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     *s/Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097

  *s/Anna Krasinski*
Anna Krasinski
Assistant United States Attorney