**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-647 |
| ) | |
| BURLEW ) | |
| _____ ) | |

**DEFENDANT'S MOTION TO WITHDRAW HIS MOTIONS FOR RELEASE AND TO REVOKE HIS PLEA DEAL, TO VACATE HEARING FOR THE SAME, AND TO SCHEDULE A SENTENCING HEARING**

Defendant Benjamen Burlew, by and through counsel, hereby files this motion withdrawing his pending motions for release and to revoke his plea deal. He respectfully requests that the hearing set for Thursday, September 26, 2024 be vacated, and that a sentencing hearing be set for a date after October of 2024.

Mr. Burlew has decided this morning to withdraw all pending motions and requests that the Court vacate the hearing scheduled for September 26, 2024.

He requests that a sentencing hearing be set for a date after the Jewish holidays in October which end after October 26, 2024, and that the Court set a schedule for sentencing memorandums.

He requests that the Court order that he not be transferred between now and the sentencing hearing, unless it is to release him to home detention.

He further asks if he can appear remotely for his sentencing hearing.

**CONCLUSION**

For the foregoing reasons, Mr. Burlew respectfully requests that the Court allow him to withdraw all pending motions, vacate the hearing set for September 26, 2024, and set a hearing for sentencing.

| | |
|---|---|
| Dated: September 25, 2024 | Respectfully submitted<br><br>/s/ Jonathan Gross<br>Jonathan Gross<br>2833 Smith Ave., Suite 331<br>Baltimore, MD 21209<br>(443) 813-0141<br>jonathansgross@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross