**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-647 |
| | ) | |
| **BURLEW** | ) | |
| | ) | |
| | ) | |

**DEFENDANT BENJAMEN BURLEW'S MOTION TO VACATE SENTENCING HEARING**

Defendant Benjamen Burlew, by and through counsel, hereby files this Motion to Vacate the Sentencing Hearing.

On this day, January 20, 2025, President Trump took the oath of office as the 47th President of the United States. Shortly after taking office, President Trump announced that he was going to be signing pardons for the January 6 defendants, including Mr. Burlew. As of this filing, January 6 defendants incarcerated all over the countries in different facilities are being released.

Accordingly, Mr. Burlew respectfully requests that the court vacate his sentencing hearing scheduled for January 22, 2025.

Dated: January 20, 2025                    Respectfully submitted,

/s/ Jonathan S. Gross
Jonathan Gross
D.C. Bar No. NY0126
2833 Smith Ave., Suite 331
Baltimore, MD 21209
Telephone: (443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on January 20, 2025, the foregoing was filed and served using the Court's ECF system.

/s/ Jonathan Gross